IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| In re: | § | CHAPTER 13 |
| | § | |
| LESLIE McDANIEL, | § | CASE NO. 12-41231-JTL |
| | § | |
| Debtor. | § | JUDGE LANEY |
| | § | |

### SUNTRUST BANK'S and SUNTRUST MORTGAGE, INC.'S OBJECTION TO CONFIRMATION

COME NOW, SUNTRUST BANK, a Georgia banking corporation ("SunTrust Bank"), a secured party in interest, and SUNTRUST MORTGAGE, INC. ("SunTrust Mortgage") (collectively, SunTrust Bank and SunTrust Mortgage are referred to as "SunTrust"), by and through their undersigned counsel, and make and file this their Objection to Confirmation of Debtor's Chapter 13 Plan [Dkt. No. 23] for the reasons set forth below:

1.

The purported sole asset of the Debtor herein, Leslie McDaniel (a/k/a Leslie L. McDaniel) ("Ms. McDaniel" or "Debtor") is the real property located at and more commonly known as 2627 Meadowview Drive, Columbus, Muscogee County, Georgia (the "Property"), which Property is purportedly owned by the Debtor. [Dkt. No(s). 22-11, 23-4, 27].

2.

Linda L. McDaniel, the Debtor herein, and Charles W. McDaniel ("Mr. McDaniel")[1] are the co-makers of a promissory note dated February 13, 1992 (the "Note"), evidencing a loan in the original principal amount of One Hundred Six Thousand Four Hundred Dollars ($106,400.00) (the "Loan"), in favor of Trust Company Bank of Columbus, N.A. ("Trust Company Bank").

3.

The Note is secured by a first lien Deed to Secure Debt, executed by Linda L. McDaniel and Mr. McDaniel in favor of Trust Company Bank, also dated February 13, 1992, encumbering the Debtor's purported sole asset (the Property) and recorded in Deed Book 3537, Pages 122-126, Muscogee County, Georgia Real Property Records (the "Security Deed"). [Dkt. No. 27-1]. A true and correct copy of the Security Deed is attached hereto as **Exhibit "A"** and incorporated by reference herein.

4.

The Loan was last modified by that certain Security Deed and Note Modification Agreement, secured by the Property and dated May 1, 1997, recorded in Deed Book 4708, Pages 241-244, Muscogee County, Georgia Real Property

---

[1] Upon information and belief, Mr. McDaniel is the Debtor's ex-husband.

Records (the "Loan Modification").  A true and correct copy of the Loan Modification is attached hereto as **Exhibit "B"** and incorporated by reference herein.

5.

SunTrust Bank, as successor by merger to Trust Company Bank, is the holder of the Note and Security Deed as last modified by the Loan Modification.  SunTrust Mortgage was the servicer of the Loan.

6.

Debtor defaulted under the Note and Security Deed (as last modified by the Loan Modification).

7.

The obligation secured by the Note and Security Deed, as last modified by the Loan Modification, was due and payable upon demand by the Lender [SunTrust Bank, as successor by merger to Trust Company Bank] as provided in the terms of these security instruments.

8.

Debtor failed to cure the default or reinstate the Loan following such demand.

9.

The Property was sold, under power of sale contained in the Security Deed, at a non-judicial foreclosure sale conducted November 2, 2010 on the steps of the

Muscogee County Courthouse during the legal hours of sale and in accordance with Georgia law (the "foreclosure sale").

10.

Contrary to Debtor's statements in her Chapter 13 Plan [Dkt. No. 23-4] and, subsequently, the March 29, 2013 letter addressed to SunTrust Bank (the "March 29th Letter") [Dkt. No. 27], the Debtor's purported sole asset [the Property] is not an asset of the bankruptcy estate (by virtue of the foreclosure sale) and cannot be "surrendered to the creditor" as proposed in the Plan [Dkt. No. 23-2, 23-4].

11.

Debtor contends the nature of her purported interest in the Property is "[F]ee Simple, Subject to Lien" and, further, the current value of her purported interest in the Property is One Hundred Seventy-nine Thousand One Hundred Thirty-two Dollars ($179,132.00). [Dkt. No. 22-11]. Debtor also contends the value of SunTrust's secured priority claim is One Hundred Thousand Dollars ($100,000.00). [Dkt. No. 22-16]. SunTrust Bank disputes such characterizations and hereby asserts (i) Debtor's interest in the Property was extinguished by the foreclosure sale and (ii) the current value of Debtor's interest in the Property is zero (0).[2]

---

[2] Debtor's counsel notes in the March 29th Letter that he has "reviewed the claims register, and so far SunTrust has not filed a Proof of Claim." [Dkt. No. 27-2]. SunTrust Bank states there is no need to file a proof of claim given the fact it owns the Property and is not seeking a deficiency on the Loan.

12.

Debtor's Chapter 13 Plan, as proposed, cannot be confirmed. Debtor cannot "surrender the property [sic] on confirmation" [Dkt. No. 23-4] because the Property is not an asset of the bankruptcy estate. Nor can the Debtor "sell the collateral [the Property] under 11 U.S.C. § 363(f) free of liens and request a surcharge under 11 U.S.C. § 506(c) for fees and costs" [Id.], as any interest she held in the Property was extinguished by the foreclosure sale.

WHEREFORE, SunTrust Bank and SunTrust Mortgage respectfully request this Court to:

(A)    Deny confirmation of Debtor's proposed Chapter 13 Plan and

(B)    For such other and further relief as this Court deems just and equitable.

Respectfully submitted this 25th day of April, 2013.

        DICKENSON GILROY LLC

        /s/ Monica K. Gilroy
        MONICA K. GILROY
        Georgia Bar No. 420527
        **Attorney for SunTrust Bank and**
        **SunTrust Mortgage, Inc.**

Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I have served a true and correct copy of the within and foregoing *SunTrust Bank and SunTrust Mortgage, Inc.'s Objection to Confirmation of Plan* in the above-styled Chapter 13 bankruptcy case (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, or (3) by depositing it in the United States Mail with first-class postage attached thereto to all other interested parties not served by electronic means at their addresses shown below:

    Ms. Leslie McDaniel, Debtor
    1321 10th Street #4
    Columbus, Georgia 31906

    Fife M. Whiteside, Esq.
    whitesidef@mindspring.com
    FIFE M. WHITESIDE, PC
    P.O. Box 5383
    Columbus, Georgia 31906
        *Counsel for Debtor*

    Kristin Hurst, Esq.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    ecf@ch13trustee.com
    P.O. Box 1907
    Columbus, Georgia 31902-1907

    OFFICE OF THE UNITED STATES TRUSTEE
    440 Martin Luther King, Jr. Boulevard
    Suite 302
    Macon, Georgia 31201

This 25th day of April, 2013.

                /s/ Monica K. Gilroy
                MONICA K. GILROY
                Georgia Bar No. 420527
                **Attorney for SunTrust Bank and**
                **SunTrust Mortgage, Inc.**

DICKENSON GILROY LLC
Corporate Office
3780 Mansell Road, Suite 140
Alpharetta, Georgia 30022
Tel: (678) 280-1922
Fax: (678) 280-1923
Email: Monica.Gilroy@dickensongilroy.com